In the Matter of the Claim of George Weydman, Respondent, against Niagara Boiler Works, Respondent; New Amsterdam Casualty Company, Appellant. State Industrial Board, Respondent.— Motion for reargument denied, with ten dollars costs to the employer against the carrier. Motion for leave to appeal to the Court of Appeals denied. Application to certify questions dismissed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of Samuel Smyth, Jr., for the Removal of George A. Laird and Delbert A. Sawyer, as Assessors of the Town of Austerlitz, Columbia County, State of New York.— This is a special proceeding. The moving affidavits constitute a petition asking for the removal of public officers under section 36 of the Public Officers Law. The issues raised by the answering affidavits are referred to Hon. Gilbert D. B. Hasbrouck, official referee, to take the proofs and report the same to this court, together with his opinion thereon, with all convenient speed. Present — Hill, P: J., Rhodes, Crapser, Bliss and Heffernan, JJ.